IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America, ) | |
| ) | ORDER TO REDUCE |
| v. ) | TERM OF SUPERVISED RELEASE FOR |
| ) | SUCCESSFUL COMPLETION |
| Paris  Hadley, ) | OF REENTRY COURT |
| ) | (18 U.S.C. 3583(3)(1) |
| Defendant. ) | |
| ) | Docket Number:  0972 2:13CR00270-001 |

On November 14, 2013, the defendant was accepted as a participant in the Reentry Court Program. As of November 20, 2014, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of November 20, 2014.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on February 5, 2014, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

11/19/2014
Date

_/s/ Carolyn Delaney_
The Honorable Carolyn K. Delaney
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of November 20, 2014.

11/19/2014
Date

_/s/ Kimberly J. Mueller_
The Honorable Kimberly J. Mueller
U.S. District Judge

cc:  Defendant
 Assistant United States Attorney:  Christiaan Highsmith
 Defense Counsel:  Toni White
 FLU Unit – United States Attorney's Office
 Fiscal Clerk - Clerk's Office

Rev. 10/2014
REENTRY COURT_ORDER_TERM REDUCTION .DOTX